IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GIANNETTI, as personal representative of the Estate of Mary Giannetti, Deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF STILLWATER, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-04-926-BA<br>)<br>)<br>)<br>) |

## **JUDGMENT**

In accordance with the order entered on February 6, 2006, the Court orders, adjudges, and decrees that: (1) the Defendants have judgment on the Plaintiff's claims arising under 42 U.S.C. § 1983 (Count One of the Complaint); and (2) the Defendant City of Stillwater have judgment on the state claims (Count Two of the Complaint). Pursuant to the stipulation of all parties on February 8, 2006, the state claims involving Defendants Lindell Miller, Scott Whitley, and Bruce McDougal have been dismissed without prejudice.

Dated this 9th day of February, 2006.

　　　　　　　　　　　　　　　　　　　　　*Robert E. Bacharach*
　　　　　　　　　　　　　　　　　　　　　Robert E. Bacharach
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge